SEND - ENTER - CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ICHIZO KOBAYASHI, | ) | NO. CV 07-02181 SJO (CWx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| JANE E. ARELLANO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered on behalf of Plaintiff Ichizo Kobayashi, and against Defendant Jane E. Arellano. Defendant is to adjudicate Plaintiff's I-485 application within ninety days of February 21, 2008.

IT IS SO ORDERED.

February 25, 2008                                             /S/

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE